UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EDWIN DIAZ, *on behalf of himself and all others similarly situated*,

                                    Plaintiff,

     -against-

SONIC REFERENCE LABORATORY, INC.,

                                  Defendant.

------------------------------------- x

<u>ORDER</u>

18 Civ. 9288 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 14 2019

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: June 13, 2019
       New York, New York

                                             SO ORDERED.

                                             *George B. Daniels*
                                             GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE